```
BEVERLY KAYE HEAD              NAVY FCU
RICHARD OMAR HEAD              ATTN: BANKRUPTCY
19233 MARY SHAMIS RD           P.O.BOX 3000
SAUCIER, MS 39574              MERRIFIELD, VA 22119



THOMAS C. ROLLINS, JR.         VERIZON WIRELESS
THE ROLLINS LAW FIRM, PLLC     ATTN: BANKRUPTCY DEPT
P.O. BOX 13767                 P.O.BOX 408
JACKSON, MS 39236              NEWARK, NJ 07101



21ST MORTGAGE CORP
ATTN: BANKRUPTCY
620 MARKET STREET
KNOXVILLE, TN 37902



AARONS
12057 US 49 SUITE C
GULFPORT, MS 39503



CENTERPOINT ENERGY
ATTN: BANKRUPTCY
P.O. BOX 4567
HOUSTON, TX 77210



CORNERSTONE
ATTN: BANKRUPTCY DEPT
120 N SEVEN OAKS DR
KNOXVILLE, TN 37922



CREDIT COLLECTION SER
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062



CURRENT
ATTN: BANKRUPTCY
217 CENTRE ST #180,
NEW YORK, NY 10013



NAVIGATOR CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 1647
PASCAGOULA, MS 39568
```