WWR# 042012231

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
AT GULFPORT

| | |
|---|---|
| IN RE: | CASE NO. 25-51747 |
| BEVERLY KAYE HEAD | CHAPTER 7 |
| RICHARD OMAR HEAD | JUDGE KATHARINE M. SAMSON |
| DEBTOR(S) | |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Mar'Nay Stewart
Mar'Nay Stewart
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 2nd day of December, 2025 addressed to:

THOMAS CARL ROLLINS JR, Attorney for Debtor
TROLLINS@THEROLLINSFIRM.COM

ZACHARY S WESSLER SR, Trustee
1806 23RD AVE STE A
GULFPORT, MS 395012963

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

BEVERLY KAYE HEAD
19233 MARY SHAMIS RD
SAUCIER, MS 39574

RICHARD OMAR HEAD
19233 MARY SHAMIS RD
SAUCIER, MS 39574

    Respectfully submitted,
    Weltman, Weinberg & Reis Co. LPA

    /s/ Mar'Nay Stewart
    Mar'Nay Stewart
    Agent for Creditor
    5990 West Creek Rd Suite 200
    Independence, OH 44131
    877-338-9484
    BNK-LegalSupport@weltman.com