Certificate Number: 12433-MSS-DE-040370831

Bankruptcy Case Number: 25-51747



12433-MSS-DE-040370831

# C<span style="font-variant:small-caps">ERTIFICATE</span> O<span style="font-variant:small-caps">F</span> D<span style="font-variant:small-caps">EBTOR</span> E<span style="font-variant:small-caps">DUCATION</span>

I CERTIFY that on December 2, 2025, at 3:56 o'clock PM CST, Richard Head completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: December 2, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher